NO. 07-10-0018-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 3, 2010
_____

JOEL JACOB FLORES,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY;

NO. 1102149D; HON. GEORGE GALLAGHER, PRESIDING
_____

*Anders Opinion*
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Joel Jacob Flores (appellant) appeals his conviction for aggravated sexual assault of a child under fourteen years of age. Appellant's appointed counsel has now filed a motion to withdraw, together with an *Anders*[1] brief, wherein he certified that, after diligently searching the record, he concluded that the appeal was without merit. Along with his brief, appellate counsel filed a copy of a letter sent to appellant informing him of

---

[1]*See Anders v. California,* 386 U.S. 738, 744-45, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

counsel's belief that there was no reversible error and of appellant's right to file a response *pro se.* Appellant timely filed a *pro se* response.

In compliance with the principles enunciated in *Anders,* appellate counsel discussed three potential areas for appeal. They included the 1) admonishments concerning punishment and sex offender registration, 2) amount of punishment assessed and 3) ineffective assistance of counsel. However, counsel then proceeded to explain why the issues were without merit.

In addition, we have conducted our own review of the record and appellant's *pro se* response to assess the accuracy of appellate counsel's conclusions and to uncover any reversible error pursuant to *Stafford v. State,* 813 S.W.2d 508 (Tex. Crim. App. 1991). After doing so, we concur with counsel's conclusions.

Accordingly, the motion to withdraw is granted, and the judgment is affirmed.[1]


Brian Quinn
Chief Justice


Do not publish.

---

[1]Appellant has the right to file a *pro se* petition for discretionary review from this opinion.